HMK/mhb CH 7944

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FEDERAL INSURANCE COMPANY

                Plaintiff,                07 CIV 9872 (SHS)(DF)
                                                   ECF CASE
   -against-

SOUTHWEST TRANSPORT, INC.        **RULE 7.1 STATEMENT**

                Defendant.
--------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: November 6, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:__/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064