HMK/mhb   CH 7944

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                              Plaintiff,                      07 CIV 9872 (SHS)(DF)
                                                                   ECF CASE

  -against-

SOUTHWEST TRANSPORT, INC.                        **VOLUNTARY**
                                                                    **DISMISSAL**
                            Defendant.
-----------------------------------------------------------X

        No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   November 20, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY: _____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064