```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FEDERAL INSURANCE COMPANY,          :       07 Civ. 9872 (SHS)

               Plaintiff,          :

      -against-                                      :       ORDER

SOUTHWEST TRANSPORT, INC.,          :

              Defendant.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In light of the voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1) filed by plaintiff on November 21, 2007,

      IT IS HEREBY ORDERED that this action is dismissed and the Clerk of Court is directed to close this case.

Dated: New York, New York
       November 27, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.